Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 31  AM 10: 34
CLERK US...
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 2347

Magistrate Case Number: _____

The person charged as __Gary Taylor Blackwood__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Western__ District of __Washington__ with __Felon in Possession of a Firearm__, in violation of __Title 18 United States Code, Section 922(g)(5)(A)__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __July 31, 2008__

_____
Randolph Mulkey
(Name)
Deportation Officer

Reviewed and Approved:

Dated: __July 31, 2008__

_____
Assistant United States Attorney

88471

# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA

v.

Gary Taylor Blackwood

**WARRANT FOR ARREST**

WESTERN DISTRICT
OF WASHINGTON
SEATTLE, WASHINGTON

CASE NUMBER: CR01-5469 RJB

RECEIVED
UNITED STATES MARSHAL
JUL 11 4 37 PM '01

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By H. Arent-Zachary

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Gary Taylor Blackwood___ and bring him or her

forthwith to the nearest magistrate to answer a(n) indictment charging him or her with:

**FELON IN POSSESSION OF A FIREARM**

in violation of Title __18__ United States Code, Section(s) __922(g)(5)(A)__

**FEDERAL**

| H. Arent-Zachary | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ H. Arent-Zachary | July 11, 2001 at Seattle, Washington |
| Signature of Issuing Officer | Date and Location |

[MJB]
Bail fixed at _____ by _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

RECEIVED UNITED STATES MARSHAL ___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 11 4 37 PM '01    JUL 11 2001

WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
  Plaintiff,
v.
GARY TAYLOR BLACKWOOD,
  Defendant.

CASE NO. CR01 5469 RJL
ORDER ISSUING BENCH WARRANT

**FEDERAL**

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release, if any, shall be fixed at or subsequent to the initial appearance in this case.

The United States Attorney's Office has indicated that it will request a Detention Hearing based on the defendant being a flight risk.

DATED this 11TH day of JULY, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

SECRET: YES XX  NO ___

Order Issuing Bench Warrant - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

> Presented to the Court by the Foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.
>
> July 11, 01.
> BRUCE RIFKIN, Clerk
> by H. Avent Zachary, Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GARRY TAYLOR BLACKWOOD, Defendant. | NO. CR01 5469 RJB<br>INDICTMENT |

**FEDERAL**

The Grand Jury charges that:

On or about May 18, 2001, at Port Angeles, within the Western District of Washington, GARRY TAYLOR BLACKWOOD, then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting commerce a firearm, to wit, a Mosseberg 12 gauge shotgun, a Savage .22 caliber/20 gauge rifle/shotgun, a Remington .22 caliber rifle and a Cooey .22 caliber rifle, which had been transported in interstate commerce.

//
//
//

INDICTMENT/GARRY TAYLOR BLACKWOOD - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3910
(206) 553-7970