UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08 MJ 2347 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| GARY TAYLOR BLACKWOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Shireen M. Becker, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **United States' Response and Opposition to Defendant's Motion to Dismiss Pursuant to Federal Rule of Criminal Procedure 5** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.  John R. Fielding, Jr.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2008.

                  s/ *Shireen M. Becker*
                  Assistant U.S. Attorney