Minutes of the United States District Court
Southern District of California
AUGUST 14, 2008

HON. __JAN M. ADLER__                    DEPUTY CLERK: __R. RHONE__

---

TAPE NO.JMA08-01-15:39-15:43

| | | | |
|---|---|---|---|
| 08MJ2347-JMA | USA | vs. | GARY TAYLOR BLACKWOOD -01583461(C) |
| REMOVAL/ID HRG | | | JOHN FIELDING, CJA |
| | | | AUSA: GREG NOONAN |

---

DFT ADMITS IDENTITY

WAIVER FILED

ORDER FILED

MOTION TO DISMISS [3-1] DENIED WITHOUT PREJUDICE

4 MINS