# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court



**PLEASE RECEIPT AND RETURN**

August 18, 2008

Clerk, U.S. District Court
Western District of Washington (at Tacoma)
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

    Re:    08mj2347-JMA, USA v. Blackwood

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint |   | Order of Removal |
|   | Minute Order Appointing Counsel |   | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond |   |   |
| X | Other | Motion to Dismiss; Response in Opposition | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ E. Lloyd
Deputy Clerk